I HEREBY CERTIFY that the above and foregoing is a true and correct copy of the original on file in my office.
ATTEST
WILLIAM T. WALSH, Clerk
United States District Court
District of New Jersey
By: _____
Deputy Clerk
02/17/2016

UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: LIQUID ALUMINUM SULFATE
ANTITRUST LITIGATION                                MDL No. 2687

(SEE ATTACHED SCHEDULE)

CONDITIONAL TRANSFER ORDER (CTO −1)

On February 4, 2016, the Panel transferred 4 civil action(s) to the United States District Court for the District of New Jersey for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* __F.Supp.3d__ (J.P.M.L. 2016). Since that time, no additional action(s) have been transferred to the District of New Jersey. With the consent of that court, all such actions have been assigned to the Honorable Jose L Linares.

It appears that the action(s) on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the District of New Jersey and assigned to Judge Linares.

Pursuant to Rule 7.1 of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation, the action(s) on the attached schedule are transferred under 28 U.S.C. § 1407 to the District of New Jersey for the reasons stated in the order of February 4, 2016, and, with the consent of that court, assigned to the Honorable Jose L Linares.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the District of New Jersey. The transmittal of this order to said Clerk shall be stayed 7 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 7−day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

Inasmuch as no objection is pending at this time, the stay is lifted.

Feb 16, 2016

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

IN RE: LIQUID ALUMINUM SULFATE
ANTITRUST LITIGATION                                         MDL No. 2687

## SCHEDULE CTO-1 – TAG-ALONG ACTIONS

| **DIST** | **DIV.** | **C.A.NO.** | **CASE CAPTION** |
|---|---|---|---|
| CALIFORNIA EASTERN | | | |
| CAE | 2 | 16-00187 | City of Sacramento v. General Chemical Corporation et al |
| LOUISIANA WESTERN | | | |
| LAW | 1 | 15-02840 | City of Alexandria v. Reichl et al |
| MINNESOTA | | | |
| MN | 0 | 15-04350 | Water, Light, Power and Building Commission of the City of East Grand Forks, Minnesota v. Hawkins, Inc. et al |
| MN | 0 | 15-04434 | City of Minneapolis v. Reichl et al |
| MN | 0 | 15-04435 | City of Duluth, Minnesota v. Reichl et al |
| MN | 0 | 15-04438 | TeeMark Corporation v. Reichl et al |
| MN | 0 | 15-04498 | Mobile Area Water and Sewer System v. Hawkins, Inc. et al |
| MN | 0 | 15-04582 | Board of Water Commissioners of the City of Saint Paul, Minnesota v. Reichl et al |
| MN | 0 | 16-00091 | City of St. Cloud, Minnesota v. Reichl et al |
| MN | 0 | 16-00171 | City of Grand Marais v. Reichl et al |
| MN | 0 | 16-00176 | City of Fergus Falls et al v. Reichl et al |
| PENNSYLVANIA EASTERN | | | |
| PAE | 2 | 15-06564 | LITTLE RIVER COUNTY R.D.A. WATER SYSTEM v. REICHL et al |
| PAE | 2 | 15-06638 | CITY OF EAST MOLINE v. REICHL et al |
| PAE | 2 | 15-06799 | EAST VALLEY WATER DISTRICT v. REICHL et al |
| PAE | 2 | 16-00170 | MUNICIPAL AUTHORITY OF WESTMORELAND COUNTY v. REICHL et al |
| PAE | 2 | 16-00319 | CITY OF MATTOON v. REICHL et al |
| WASHINGTON EASTERN | | | |

| | | | |
|---|---|---|---|
| WAE | 2 | 16-00010 | City of Spokane v. General Chemical Corporation et al |

WASHINGTON WESTERN

| | | | |
|---|---|---|---|
| WAW | 3 | 16-05057 | City of Tacoma v. General Chemical Corporation et al |